# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**THELMA WILLIAMS,**                                                                  **PLAINTIFF**
**#50457**

v.                    Case No. 4:20-cv-00940-KGB

**GRIFFIN,** *et al.*                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Thelma Williams's complaint and amended complaints are dismissed without prejudice (Dkt. Nos. 1, 10, 14, 17). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 29th day of January, 2021.

                                                    _____
                                                    Kristine G. Baker
                                                    United States District Judge